# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147645 & (349)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DANIEL ADAIR, *et al.*,
　　　　　Plaintiffs-Appellants,

v

STATE OF MICHIGAN, *et al.*,
　　　　　Defendant-Appellee.

SC: 147645
COA: 230858

_____/

　　　　On order of the Court, the application for leave to appeal the July 9, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for entry of an order to confirm immediate effect of undisputed money judgment is DENIED.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



　　　　　　　　　　　　　　Clerk

t1216